LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
21550 Oxnard St., Ste 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYLER BAYER,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiff(s)<br><br>vs.<br><br>**SERVIZ INC.,** and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 8:16-cv-01974-JVS-KES<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 25th day of January, 2017.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1 Filed electronically on this 25th day of January, 2017, with:

2

3 United States District Court CM/ECF system

4 Notification sent electronically via the Court's ECF system to:

5

6 Honorable James V. Selna
United States District Court
7 Central District of California

8 Michael L Mallow
9 Sidley Austin LLP

10 This 25th day of January, 2017.

11

12 s/Todd M. Friedman
Todd M. Friedman

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28